UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MATTHEW WEIL, individually and on behalf :
of all others similarly situated, :
          Plaintiff, :
:
v. : **ORDER**
:
: 19 CV 4493 (VB)
MARK D. LEVY HORTICULTURAL :
SERVICES, LLC; MARK LEVY, SR.; and :
MARK LEVY, JR., :
          Defendants. :
------------------------------------------------------------x

    On September 28, 2019, plaintiff in this Fair Labor Standards Act (FLSA) case filed a settlement agreement (Doc. #23-1 ("Settlement Agr't")) and statement explaining the basis for the agreement (Doc. #23), as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). Plaintiff states the parties separately settled plaintiff's non-FLSA claims, but did not submit the non-FLSA Settlement Agreement for the Court's review.

    By October 9, 2019, plaintiff shall submit the non-FLSA Settlement Agreement for the Court's review. To the extent the non-FLSA Settlement Agreement requires additional support, plaintiff shall file a letter explaining the basis for the agreement.

Dated: October 2, 2019
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge